Justice ALITO, concurring.
The Ninth Circuit did not rule on the constitutionality of 18 U.S.C. § 1382, and I see no reason to express any view on that question at this time. See FCC v. Fox Television Stations, Inc., 556 U.S. 502, 529, 129 S.Ct. 1800, 173 L.Ed.2d 738 (2009). "This Court ... is one of final review, 'not of first view.' " Ibid. (quoting Cutter v. Wilkinson, 544 U.S. 709, 719, n. 7, 125 S.Ct. 2113, 161 L.Ed.2d 1020 (2005) ). Our failure to address this question should not be interpreted to signify either agreement or disagreement with the arguments outlined in Justice GINSBURG's concurrence.